# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-55697-LRC |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADVERSARY |
| | ) | PROCEEDING |
| H&R BLOCK MORTGAGE LLC, | ) | NO. 19-05218-LRC |
| MORTGAGE ELECTRONIC | ) | |
| SYSTEMS, OPTION ONE | ) | |
| MORTGAGE, OCWEN LOAN | ) | |
| SERVICING, LLC, | ) | |
| PHH MORTGAGE SERVICES, | ) | |
| AND DEUTSCHE BANK | ) | |
| NATIONAL TRUST COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Ocwen Loan Servicing, LLC ("Ocwen"), Mortgage Electronic Registration Systems, Inc. ("MERS"), PHH Mortgage Services ("PHH"), and Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-OPT2,

81084494v.1 0106987/00378

Mortgage-Pass-Through Certificates, Series 2006-OPT2 ("Trustee" and, collectively with Ocwen, MERS, and PHH, for purposes of this Motion to Dismiss, "Defendants"), by and through the undersigned counsel, hereby move this Court for an order dismissing the above-styled adversary proceeding with prejudice for the reasons set forth in the accompanying Memorandum of Law, along with the attached exhibits.

Dated: July 23, 2019.

**LOCKE LORD LLP**

*/s/ John Michael Kearns*
Elizabeth J. Campbell
Georgia Bar No. 349249
Email: *ecampbell@lockelord.com*
John Michael Kearns
Georgia Bar No. 142438
*Email: john.kearns@lockelord.com*
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
(404) 870-4600
(404) 872-5547 (fax)

*Attorneys for Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., PHH Mortgage Services, and Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-OPT2,*

2

*Mortgage-Pass-Through Certificates, Series 2006-OPT2*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, the foregoing **MOTION TO DISMISS** was filed with the Court using the CM/ECF system, which will automatically send notice of its filing to the following attorney of record:

Gary J. Toman
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL LLC
3344 Peachtree Rd. NE, Suite 2400
Atlanta, GA  30326
gtoman@wwhgd.com

I further certify that on July 23, 2019, I served a copy of the foregoing **MOTION TO DISMISS** via First Class U.S. Mail to:

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017
*Pro Se Plaintiff*

/s/ *John Michael Kearns*
John Michael Kearns
Georgia Bar No. 142438

81084494v.1 0106987/00378